Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
OLIVER DOUCE,                                                  :
                                                               :   Case No.: 08-CV-0483 (DLC)(DFE)
                Plaintiff,                                 :
                                                               :
  - against-                                                   :
                                                               :   **RULE 7.1 STATEMENT**
AT&T MOBILITY LLC AND KATHLEEN                                 :
BROOM,                                                         :
                                                               :
                Defendants.                                :
-------------------------------------------------------------- x

      Pursuant to Fed. R. Civ. P. 7.1, AT&T Mobility LLC f/k/a Cingular Wireless LLC hereby files its Corporate Disclosure Statement and states that Defendant AT&T Mobility LLC is a Delaware limited liability company with its principal place of place of business in Atlanta, Georgia.

      The following are the owners of AT&T Mobility LLC: (1) SBC Long Distance, LLC, a Delaware limited liability company with its principal place of business at 5850 West Las Positas Blvd., Pleasanton, CA 94588. It's sole member is SBC Telecom, Inc., a Delaware corporation with its principal place of business at 175 East Houston Street, San Antonio, TX; (2) SBC Alloy Holdings, Inc., a Delaware corporation with its principal place of business at 175 East Houston Street, San Antonio, TX; (3) AT&T Mobility Corporation, a Delaware corporation with its

- 2 -

principal place of business at 5565 Glenridge Connector, Atlanta, GA 30342; (4) New BellSouth Cingular Holdings, Inc., a Delaware corporation with its principal place of business at 1155 Peachtree Street, N.E., Atlanta, GA 30367; and (5) BellSouth Mobile Data, Inc., a Georgia corporation with its principal place of business at 1155 Peachtree Street, N.E., Atlanta, GA 30367.

None of the companies listed above as owners of AT&T Mobility LLC are publicly traded companies. All of the companies listed above are subsidiaries of AT&T Inc. AT&T Inc. is a publicly traded company, and there is no one person or group that owns 10% or more of the stock of AT&T Inc.

Dated: April 17, 2008
New York, New York

Respectfully submitted,

McKENNA LONG & ALDRIDGE LLP

By: _____
Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
230 Park Avenue, Suite 1700
New York, New York  10169
(212) 905-8330

NY:12051491