UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
OLIVER DOUCE,

                        Plaintiff,

    - against-

AT&T MOBILITY LLC AND KATHLEEN
BROOM,

                       Defendants.
------------------------------------------------------------------ x

Index No. 08 CV 0483 (DLC)(DFE)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                 ) ss:
COUNTY OF NEW YORK  )

     ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

     That on the 17th day of April, 2008, deponent served, by U.S. Mail, a true and correct copy of **(1) NOTICE OF MOTION; (2) MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION; AND (3) DECLARATION OF NEAL S. BERINHOUT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION** upon the following:

                           **Oliver Douce**
                           1208 Clay Avenue, Apt. 1S
                           Bronx, New York 10456

the address designated by said person for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

*[signature]*

Sworn to before me this
17th day of May, 2008

*[signature]*
NOTARY PUBLIC

ADRIENNE THERESE MONTES
Notary Public, State of New York
Reg. No. 01M06181586
Qualified in New York County
Commission Expires Feb. 4, 2012