**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

OLIVER DOUCE,

                Plaintiff,

  - against-

AT&T MOBILITY LLC AND KATHLEEN
BROOM,

               Defendants.

---------------------------------------------------------- X

Case No.: 08-CV-0483 (DLC)(DFE)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
              ) ss:
COUNTY OF NEW YORK  )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 17th day of April, 2008, deponent served, by U.S. Mail, a true and correct copy of **DEFENDANT AT&T MOBILITY LLC's RULE 7.1 CORPORATE DISCLOSURE STATEMENT** upon the following:

        **Oliver Douce**
        1208 Clay Avenue, Apt. 1S
        Bronx, New York  10456

the address designated by said person for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

                              _____

Sworn to before me this
17th day of May, 2008

_____
NOTARY PUBLIC

ADRIENNE THERESE MONTES
Notary Public, State of New York
Reg. No. 01M06181586
Qualified in New York County
Commission Expires Feb. 4, 2012