```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
OLIVER DOUCE,                             :
                    Plaintiff,            :
                                          :     08 Civ. 483 (DLC)
         -v-                              :
                                          :         ORDER
ORIGIN ID TMAA 1404-23-5547, KATHLEEN     :
BROOM, THE NEW AT&T, CINGULAR WIRLESS,    :
                    Defendants.           :
                                          X
------------------------------------------

DENISE COTE, District Judge:

   Pro se plaintiff Oliver Douce filed his complaint in this action on January 18, 2008.  Defendants moved to dismiss on April 17.  Accordingly, it is hereby

   ORDERED that plaintiff's opposition to defendants' motion to dismiss is due Friday, June 6, 2008.  Defendants' reply is due Friday, June 20.

   IT IS FURTHER ORDERED that the parties will direct all correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

   IT IS FURTHER ORDERED that at the time any Reply is served, the moving party shall supply two courtesy copies of all motion papers to the Pro Se Clerks' Office.

   IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, return of correspondence to plaintiff without

2

further examination, dismissal of the action, the entry of judgment by default, or such other action as may be just under the circumstances.

SO ORDERED:

Dated:   New York, New York
         April 21, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge

Copies sent to:

Oliver Douce
1208 Clay Avenue, # 1S
Bronx, NY 10456

Charles E. Dorkey, III
McKenna Long & Aldridge
230 Park Avenue
New York, NY 10169