UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
OLIVER DOUCE,                                                    :
                                                                 :   Case No.: 08-CV-0483 (DLC)(DFE)
                      Plaintiff,                                 :
                                                                 :
  - against-                                                    :
                                                                 :   **AFFIDAVIT OF SERVICE**
AT&T MOBILITY LLC AND KATHLEEN                                   :
BROOM,                                                           :
                                                                 :
                      Defendants.                                :
---------------------------------------------------------------- x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

      That on the 20th day of June, 2008, deponent served, by U.S. Mail, a true and correct copy of **DEFENDANTS AT&T MOBILITY LLC AND KATHLEEN BROOM'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION** upon the following:

              **Oliver Douce**
              1208 Clay Avenue, Apt. 1S
              Bronx, New York  10456

the address designated by said person for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

                                                                        */s/ Robert Gee*

Sworn to before me this
23rd day of June, 2008
_____
NOTARY PUBLIC

ADRIENNE THERESE MONTES
Notary Public, State of New York
Reg. No. 01M06181586
Qualified in New York County
Commission Expires Feb. 4, 2012

NY:12052123