USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
OLIVER DOUCE,                           :
                        Plaintiff,      :
                                        :         08 Civ. 483 (DLC)
             -v-                        :
                                        :              ORDER
ORIGIN ID TMAA 1404-236-5547, KATHLEEN  :
BROOM, THE NEW AT&T CINGULAR WIRLESS,   :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   By Opinion dated today, plaintiff Oliver Douce was granted leave to amend his petition to provide facts supporting his assertion of diversity jurisdiction over the state-law claims stated in this action.  Accordingly, it is hereby

   ORDERED that Douce shall file his amended complaint by August 15, 2008.

   IT IS FURTHER ORDERED that defendants shall answer or otherwise move with respect to the amended complaint by September 5, 2008.  In the event a motion to dismiss is filed, Douce's opposition shall be due September 26.  Any reply shall be due October 10.

   IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that the parties will direct all correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, return of correspondence to plaintiff without further examination, dismissal of the action, the entry of judgment by default, or such other action as may be just under the circumstances.

IT IS FURTHER ORDERED that defendants shall meet and confer with the plaintiff and contact Magistrate Judge Douglas F. Eaton to arrange settlement discussions. The parties shall contact Magistrate Judge Eaton no later than August 1, 2008 to arrange such discussions.

SO ORDERED:

Dated:   New York, New York
         July 14, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge

Copies sent to:

Oliver Douce
1208 Clay Avenue, # 1S
Bronx, NY 10456

Charles E. Dorkey, III
McKenna Long & Aldridge
230 Park Avenue
New York, NY 10169