USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OLIVER DOUCE,                           :
                       Plaintiff,       :
                                        :       08 Civ. 483
            -v-                         :       (DLC)(DFE)
                                        :
ORIGIN ID TMAA 1404-236-5547, KATHLEEN  :       ORDER OF
BROOM, THE NEW AT&T CINGULAR WIRLESS,   :       REFERENCE TO A
                       Defendants.      :       MAGISTRATE JUDGE
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Habeas Corpus

_X_ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

SO ORDERED:

Dated:   New York, New York
         July 14, 2008

                                    /s/ Denise Cote
                                    _____
                                    DENISE COTE
                                    United States District Judge

Copies sent to:

Oliver Douce  
1208 Clay Avenue, # 1S  
Bronx, NY 10456

Charles E. Dorkey, III  
McKenna Long & Aldridge  
230 Park Avenue  
New York, NY 10169