USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
OLIVER DOUCE,                           :
                        Plaintiff,      :
                                        :      08 Civ. 483 (DLC)
            -v-                         :
                                        :           ORDER
ORIGIN ID TMAA 1404-236-5547, KATHLEEN  :
BROOM, THE NEW AT&T CINGULAR WIRLESS,   :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court having issued an Opinion dated July 14, 2008 denying defendants' motion to dismiss and granting plaintiff leave to amend his complaint, it is hereby

ORDERED that the Clerk of Court shall terminate Docket Entry No. 12 in this case, styled "Reply Motion in Opposition to Denied Motion."

SO ORDERED:

Dated:   New York, New York
         July 16, 2008

                              _____
                                       DENISE COTE
                              United States District Judge

Copies sent to:

Cliver Douce  
1208 Clay Avenue, # 1S  
Bronx, NY 10456

Charles E. Dorkey, III  
McKenna Long & Aldridge  
230 Park Avenue  
New York, NY 10169