Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------  x
OLIVER DOUCE,                                 :
                                         :  Case No.: 08-CV-0483 (DLC)(DFE)
                  Plaintiff,       :
                                           :
      - against-                         :
                                           :  **NOTICE OF MOTION**
AT&T MOBILITY LLC AND KATHLEEN    :
BROOM,                                    :
                                         :
             Defendants.     :
------------------------------------------------------------  x

PLEASE TAKE NOTICE THAT, upon the annexed declaration of Neal S. Berinhout, dated

the 17th day of April 2008, the exhibits annexed thereto, and the memorandum of law submitted

herewith, Defendants AT&T Mobility LLC and Kathleen Broom will move this Court, before the

Honorable Denise L. Cote, in Courtroom 11B, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, at a time and date convenient for the Court, for

an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) or in the alternative,

for an order staying the above-captioned action pending arbitration and granting such other and

further relief as the Court deems just and proper.

Dated:  September 5, 2008
        New York, New York

                              Respectfully submitted,


                              McKENNA LONG & ALDRIDGE LLP


                              By: __/s/ Charles E. Dorkey III_____
                              Charles E. Dorkey III (CD-8422)
                              S. Jane Moffat (SM-0912)
                              230 Park Avenue
                              Suite 1700
                              New York, New York  10169
                              (212) 905-8330 (telephone)
                              (212) 922-1819 (facsimile)