UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
OLIVER DOUCE,  :
                                          : Case No.: 08-CV-0483 (DLC)(DFE)
           Plaintiff,  :
                                          :
  - against-  :
                                          : **AFFIDAVIT OF SERVICE**
AT&T MOBILITY LLC AND KATHLEEN  :
BROOM,  :
                                          :
           Defendants.  :
---------------------------------------------------------- x

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

     ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

     That on the 5th day of September, 2008, deponent served, by U.S. Mail, a true and correct copy of **(1) NOTICE OF MOTION; (2) DEFENDANTS AT&T MOBILITY LLC AND KATHLEEN BROOM'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION; AND (3) DECLARATION OF NEAL S. BERINHOUT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION** upon the following:

                      **Oliver Douce**
                      1208 Clay Avenue, Apt. 1S
                      Bronx, New York  10456

the address designated by said person for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

*Robert Gee*

Sworn to before me this
8th day of September, 2008

*[signature]*
NOTARY PUBLIC

NY:12052912

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2009